# EXHIBIT 3

FIRST AMENDMENT AND JOINDER
TO THE
AMENED AND RESTATED AGREEMENT OF LIMTED PARTNERSHIP
OF
US VC PARTNERS, L.P.


This First Amendment (the "Amendment"), dated as of November 24, 2017, to the Amended and Restated Agreement of Limited Partnership of US VC Partners, L.P. (the "Partnership") (the "Agreement") is made by and among the General Partner and Renova Innovation Technologies Ltd. ("RIT"). All capitalized terms used but not otherwise defined herein have the same meaning as assigned to them in the Agreement.

WHEREAS, Weft Global Ltd. ("Weft") was the sole limited partner of the Partnership and pursuant to that certain Sale and Purchase Agreement between Weft and RIT, RIT acquired all of Weft's right, title and interest to the Partnership's limited partner interests, inclusive of all obligations appurtenant thereto:

WHEREAS, the General Partner and RIT wish to amend the Agreement in order to reflect that RIT has replaced Weft as the Partnership's sole limited partner; and

WHEREAS, RIT agrees to be bound as a Limited Partner under the terms of the Agreement.

NOW, THEREFORE, in consideration of the mutual promises and agreements herein made and intending to be legally bound hereby, the Limited Partner and the General Partner hereby agree as follows:

The Agreement shall be amended as follows:

1. Annex A of the Agreement shall be amended to reflect that as of the date of this Amendment RIT is the sole Limited Partner of the Partnership; and

2. The definition in Article 1 of Special Limited Partner shall be amended to read as:

Special Limited Partner: Renova Innovation Technologies Ltd.

Further, RIT agrees to be bound by the terms of the Agreement which are applicable to it as a Limited Partner and Special Limited Partner thereunder, as though it had executed the Agreement.

This Amendment may be executed in counterparts, whether delivered electronically or otherwise, each of which shall constitute an original and all of which when taken together shall constitute the same agreement.

[Signatures on following page.]

1

In witness whereof, the parties hereto have caused this amendment to be executed as of the date first above written.

GENERAL PARTNER:

US VC PARTNERS GP, LLC

By:_____

Name: Andrew Intrater
Title: Special Managing Member

LIMITED PARTNER:

RENOVA INNOVATION TECHNOLOGIES LTD.

By:_____

Name: Olivier Chapornier
Title: Director