

Richard D. Owens
Direct Dial: +1.212.906.1396
richard.owens0@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | |
| Hong Kong | |
| Houston | |
| London | |
| Los Angeles | |
| Madrid | |
| Milan | |

December 19, 2019

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED DEC 2 3 2019]

**SO ORDERED**
The oral argument is adjourned to February 20, 2020 at 10:30 a.m.
/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *US VC Partners GP LLC et al. v. United States Department of the Treasury,*
      *Office of Foreign Assets Control et al. (1:19-cv-06139) (GBD)*

*Letter Requesting Adjournment of Oral Argument*

Dear Judge Daniels:

I write on behalf of Plaintiffs and Defendants in the above-captioned matter to inform the Court that the parties are engaged in discussions regarding a potential resolution to this matter. We therefore request that the oral argument currently scheduled for Thursday, January 9, 2020 (Dkt. No. 33) be adjourned until Monday, February 10, 2020, or a date thereafter convenient to the Court. If the parties' discussions are progressing but appear unlikely to conclude by February 10, we will timely inform the Court and, if the parties agree, request a further adjournment. There have been no previous requests for an adjournment of this oral argument.

I have conferred with AUSA David Jones who, on behalf of Defendants, consents to this request. Adjournment of the oral argument will conserve the Court's resources and aid in the parties' attempt to resolve the issues currently before the Court.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Richard D. Owens
Richard D. Owens
of LATHAM & WATKINS LLP

cc:   All Counsel of Record via ECF