**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

US VC PARTNERS GP LLC et al.,

                    Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF THE
TREASURY, OFFICE OF FOREIGN ASSETS
CONTROL et al.,

                    Defendants,

------------------------------------- x

ORDER

19 Civ. 6139 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 9, 2020 oral argument is adjourned to June 11, 2020 at 10:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge