

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 2, 2020

**SO ORDERED**

The oral argument is scheduled for June 10, 2020 at 10:30 a.m. The court will be in contact regarding logistics

JUN 0 3 2020

*George B. Daniels*

HON. GEORGE B. DANIELS

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *US VC Partners GP LLC et al. v. United States Department of the Treasury, Office of Foreign Assets Control et al. (1:19-cv-06139) (GBD)*

*Letter Regarding Scheduling of Oral Argument*

Dear Judge Daniels:

I write on behalf of Plaintiffs and Defendants in the above-captioned matter in response to the Court's inquiry regarding rescheduling oral argument, currently set for June 11, 2020 at 10:30 a.m. (Dkt. No. 54), to June 10, 2020. The parties have conferred and are available on June 10, 2020 at 10:30 a.m. or at any other time that day more convenient for the Court.

The parties are available and willing to present argument to the Court in person or by any other means preferred by the Court. Should the Court desire to hear argument by video conference, Latham & Watkins can arrange a Zoom link for the Court, the parties, and members of the public who wish to attend. The parties are also available to discuss logistics and coordination at the Court's convenience.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Matthew S. Salerno
Matthew S. Salerno
of LATHAM & WATKINS LLP

cc:   All Counsel of Record via ECF