```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 9 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

US VC PARTNERS GP LLC et al,

                Plaintiffs,

-against-

                ORDER

UNITED STATES DEPARTMENT OF THE
TREASURY, OFFICE OF FOREIGN ASSETS        19 Civ. 6139 (GBD)
CONTROL et al,

                Defendants.

------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The June 10, 2020 oral argument is adjourned to July 1, 2020 at 10:30 a.m.

Dated: June 9, 2020
      New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE