Richard D. Owens
Direct Dial: +1.212.906.1396
richard.owenso@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 30, 2020

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUN 3 0 2020]*

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten order: The July 1, 2020 oral argument is adjourned to July 16, 2020 at 10:30 a.m. SO ORDERED. /s/ George B. Daniels, HON. GEORGE B. DANIELS, dated JUN 30 2020]*

Re:   *US VC Partners GP LLC et al. v. United States Department of the Treasury,*
      *Office of Foreign Assets Control et al. (1:19-cv-06139) (GBD)*

*Letter Requesting Two-Week Adjournment of Oral Argument*

Dear Judge Daniels:

    I write on behalf of Plaintiffs in the above-captioned matter pursuant to the Court's Individual Rule II.C. to request a two-week adjournment for oral argument on the motions pending before the Court, currently scheduled for July 1, 2020. Dkt. No. 61. As previewed in our June 29, 2020 letter to Magistrate Judge Netburn, Dkt. No. 62, the U.S. Department of Treasury issued a series of licenses relating to Plaintiffs' property at 5:00 p.m. yesterday. In light of this development, Plaintiffs now respectfully request a brief adjournment to allow them time to review the licenses and to study their impact.

    This is the parties' fourth request for an adjournment of oral argument. The parties requested adjournment first in December 2019, Dkt. No. 50, and again in February 2020, Dkt. No. 52, to allow for settlement negotiations. Per Your Honor's Order, Dkt. No. 58, the parties then participated in a settlement mediation with Magistrate Judge Netburn on June 8, 2020, after which the parties sought a three-week adjournment to provide additional time to seek to resolve the dispute. Pursuant to Magistrate Judge Netburn's instructions, the parties provided a status update to the Court yesterday regarding the possibility that an adjournment could be warranted. In light of yesterday's developments, Plaintiffs believe granting a two-week adjournment to allow Plaintiffs time to review and understand these new licenses will ultimately benefit the parties and the Court.

**LATHAM&WATKINS**LLP

      I have conferred with AUSA David Jones who, on behalf of Defendants, consents to this request.

      Thank you for your attention to this matter.

                      Respectfully submitted,

                      /s/ Richard D. Owens
                      Richard D. Owens
                      of LATHAM & WATKINS LLP


cc:    All Counsel of Record via ECF