**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

US VC PARTNERS GP LLC; US VC PARTNERS MANAGEMENT, LLC; ISRAELI VC PARTNERS LTD.; ISRAELI VC PARTNERS MANAGEMENT, LLC; CN ODYSSEY GP LLC; CN MAPANYTHING GP LLC; SPARROW CAPITAL HOLDINGS LLC; AUDUBON LOAN FUNDING GP LLC; CN PARNTERS LLC; ANDREW INTRATER,

                    Plaintiffs,

  -against-

THE HONORABLE STEVEN MNUCHIN, *in his official capacity as the Secretary of the United States Department of the Treasury*; ANDREA GACKI, *in her official capacity as the Director of the United States Department of the Treasury's Office of Foreign Assets*,

                    Defendants.

------------------------------------ x

ORDER

19 Civ. 6139 (GBD)

GEORGE B. DANIELS, District Judge:

This Court shall hear oral argument on Plaintiffs' motion for return of property, (ECF No. 34), and Defendants' motion to dismiss, (ECF No. 35), on **August 13, 2020 at 10:30 a.m.** Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 363-4749 and using Access Code 4523890.

Dated: August 12, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE