**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
US VC PARTNERS GP LLC; US VC
PARTNERS MANAGEMENT, LLC; ISRAELI
VC PARTNERS LTD.; ISRAEL VC
PARTNERS MANAGEMENT, LLC; CN
ODYSSEY GP LLC; CN MAPANYTHING GP
LLC; SPARROW CAPITAL HOLDINGS LLC:
AUDUBON LOAN FUNDING GP LLC; CN
PARTNERS LLC; ANDREW INTRATER,

                         Plaintiffs,

         -against-

UNITED STATES DEPARTMENT OF THE
TREASURY, OFFICE OF FOREIGN ASSETS
CONTROL; THE HONORABLE STEVEN
MNUCHIN, in his official capacity as the
Secretary of the United States Department of the
Treasury; ANDREA GACKI, in her official
Capacity as the Director of the United States
Department of the treasury's Office of Foreign
Assets Control,

                       Defendants.
-------------------------------------------------------------X

19 **CIVIL** 6139 (GBD)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Decision and Order dated September 17, 2020, Defendant's

motion to dismiss, (ECF No. 35), is granted; Plaintiffs' motion for the return of property, (ECF

No. 34), is denied.

**Dated:**  New York, New York
        September 17, 2020

                              **RUBY J. KRAJICK**
                              _____
                              Clerk of Court
         **BY:**
                              Deputy Clerk