

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

November 24, 2020

**By ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: NOV 3 0 2020

Re: *US VC Partners GP LLC et al. v. U.S. Dep't of the Treasury, Office of Foreign Assets Control et al.*, 19 Civ. 6139 (GBD)

Dear Judge Daniels:

This Office represents defendants (the "government") in the above-referenced matter. The parties have met and conferred concerning plaintiffs' motion for leave to file an amended complaint (ECF No. 82). The government does not oppose plaintiffs' motion, and the parties therefore respectfully request that the Court deem the proposed amended complaint filed and operative. Furthermore, the parties request that the Court provide the government until Thursday, December 17, 2020, to either answer or move to dismiss the amended complaint.

We thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ *Christopher Connolly*
CHRISTOPHER CONNOLLY
Assistant United States Attorney
Tel.: (212) 637-2761

cc: *Plaintiffs' counsel* (by ECF)