**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2021

86 Chambers Street
New York, New York 10007

May 28, 2021

**By ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *US VC Partners et al. v. U.S. Dep't of the Treasury et al.*, No. 19-cv-6139-GBD

Dear Judge Netburn:

This Office represents defendants the U.S. Department of the Treasury, Office of Foreign Assets Control ("OFAC"), Secretary Janet Yellen, and Andrea Gacki in the above-referenced action asserting claims under the Administrative Procedure Act.

On behalf of the parties, we write to provide a status update regarding the administrative record. Plaintiffs provided the Government with their proposed redactions to the administrative record on May 20, 2021. After initial technical difficulties in accessing the files, OFAC has been reviewing Plaintiffs' proposed redactions and anticipates providing feedback to Plaintiffs by the middle of next week. Further, the parties conferred by phone on May 25, 2021, regarding Plaintiffs' objections to the scope of the record and requests for discovery.

The parties respectfully propose that by June 11, 2021, either the administrative record will be filed with the Court with any accompanying request to seal, or the parties will provide a further status update on the parties' discussions regarding the record.

We thank the Court for its consideration of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

---

By June 11, 2021, the parties shall file the administrative record, with an accompanying motion to seal if deemed necessary by the parties, or a status letter on the parties' discussions regarding the administrative record.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  June 7, 2021
         New York, New York