USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

US VC PARTNERS GP LLC, et al.,

                         **Plaintiffs,**

-against-

UNITED STATES DEPARTMENT OF THE
TREASURY, OFFICE OF FOREIGN ASSETS
CONTROL, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

19-CV-6139 (GBD) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference to discuss the issues raised in Plaintiffs' June 25, 2021 letter and Defendants' June 30, 2021 response is scheduled for July 9, 2021, at 3:30 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 1, 2021
                New York, New York