

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, Third Floor*
*New York, New York 10007*

October 14, 2021

**By ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *US VC Partners GP LLC et al. v. U.S. Dep't of the Treasury, Office of Foreign Assets Control et al.*, 19 Civ. 6139 (GBD)(SN)

Dear Judge Netburn:

    This Office represents defendants (the "government") in the above-referenced matter. We write in accordance with the Court's order dated October 1, 2021 (ECF No. 128) to provide a status report.

    Plaintiffs and defendant the U.S. Department of the Treasury, Office of Foreign Assets Control have reached an administrative agreement concerning the license applications at issue in this litigation. The parties therefore anticipate stipulating to dismissal of this action shortly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:   /s/ *Christopher Connolly*
    CHRISTOPHER CONNOLLY
    TALIA KRAEMER
    Assistant United States Attorneys
    Tel.: (212) 637-2761 / 2822

cc: *Plaintiffs' counsel* (by ECF)