UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US VC PARTNERS GP LLC;<br>US VC PARTNERS MANAGEMENT, LLC;<br>ISRAELI VC PARTNERS LTD.;<br>ISRAELI VC PARTNERS MANAGEMENT, LLC; CN ODYSSEY GP LLC;<br>CN MAPANYTHING GP LLC; SPARROW CAPITAL HOLDINGS LLC; CN PARTNERS LLC; and<br>ANDREW INTRATER,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL; THE HONORABLE JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury; and BRADLEY SMITH, in his official capacity as the Acting Director of the United States Department of the Treasury's Office of Foreign Assets Control,<br><br>    *Defendants*.[1] | 19 Civ. 6139 (GBD)(SN)<br><br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs US VC PARTNERS GP LLC; US VC PARTNERS MANAGEMENT, LLC; ISRAELI VC PARTNERS LTD.; ISRAELI VC PARTNERS MANAGEMENT, LLC; CN ODYSSEY GP LLC; CN MAPANYTHING GP LLC; SPARROW CAPITAL HOLDINGS LLC; CN PARTNERS LLC; and ANDREW INTRATER, and Defendants UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL; THE HONORABLE JANET YELLEN, in her

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bradley Smith, Acting Director of the United States Department of the Treasury's Office of Foreign Assets Control, is automatically substituted as a defendant in this matter.

official capacity as the Secretary of the United States Department of the Treasury; and BRADLEY SMITH, in his official capacity as the Director of the United States Department of the Treasury's Office of Foreign Assets Control, by and through their respective counsel, that the above-captioned case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 15, 2021
New York, New York

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Christopher Connolly
CHRISTOPHER CONNOLLY
TALIA KRAEMER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007

*Attorneys for Defendants United States Department of the Treasury, Office of Foreign Assets Control; the Honorable Janet Yellen, in her official capacity as the Secretary of the United States Department of the Treasury; and Bradley Smith, in his official capacity as the Acting Director of the United States Department of the Treasury's Office of Foreign Assets Control*

Dated: November 4, 2021
New York, New York

LATHAM & WATKINS LLP

By: /s/ Matthew Salerno
Richard D. Owens
Matthew S. Salerno
1271 Avenue of the Americas
New York, New York 10020

*Attorneys for Plaintiffs US VC Partners GP LLC, US VC Partners Management, LLC, Israeli VC Partners Ltd., Israeli VC Partners Management, LLC, CN Odyssey GP LLC, CN MapAnything GP LLC, Sparrow Capital Holdings LLC, CN Partners LLC, and Andrew Intrater*

**SO ORDERED**

_____
Hon. SARAH NETBURN
United States Magistrate Judge

2